

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 4 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 20MJ0133 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Jiayi WANG, ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant. ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about January 13, 2020, within the Southern District of California, Jiayi WANG (Defendant), with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jiali WANG and Zhi Yong WEI, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Steven S. Serrano, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 14th day of January, 2020.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Jiali WANG and Zhi Yong WEI, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 13, 2020 at approximately 11:33 AM, Jiayi WANG (Defendant) applied for admission to enter the United States at the Otay Mesa Port of Entry from Tijuana, Mexico via the Secure Electronic Network for Travelers Rapid Inspection (SENTRI) vehicle primary lanes. Defendant was the driver and sole visible occupant of a 2016 Jeep Cherokee when she presented herself for inspection upon a United States Customs and Border Protection (CBP) Officer. Defendant presented a SENTRI card bearing her name as her entry document and stated that she was traveling to San Diego, California. Defendant stated that she had nothing to declare from Mexico. The Defendant and vehicle were referred to the secondary inspection lot for further inspection.

In secondary inspection, the vehicle was screened utilizing an X-Ray machine where the operating CBP Officer detected anomalies in the rear cargo area of the vehicle. CBP Officers inspected the rear cargo area and discovered one female and one male hidden. CBP Officers assisted in the removal of the two individuals out of the vehicle. The individuals were found to be citizens and nationals of China with no entitlements to enter the United States. The female and the male are now being held as a Material Witness and identified as Jiali Wang (MW1) and Zhi youg WEI (MW2).

During a video recorded interview, MW1 admitted she is a citizen of China by birth in China and does not possess any legal documentation to enter, pass or reside in the United States. MW1 admitted that her family arranged for her to be smuggled into the United States for $10,000USD. MW1 stated that she was going to New York.

During a video recorded interview, MW2 admitted he is a citizen of China by birth in China and does not possess any legal documentation to enter, pass or reside in the United States. MW2 admitted that his friend arranged for him to be smuggled into the United States for an unknown amount. MW2 stated that he was going to New York.